ARTHUR J. CASEY [SBN 123273]
FORD, WALKER, HAGGERTY & BEHAR, LLP
16450 Los Gatos Blvd., Suite 110
Los Gatos, CA 95032
Tel:     (408) 660-3102
Fax:     (408) 660-3105
Email: acasey@fwhb.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION
erroneously sued herein as "Costco Wholesale
Corporation dba Costco Business Center"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TROY JOHNSTON, | Case No. |
| Plaintiff, | Underlying Case No. 22CV009653 (Alameda County Superior Court) |
| vs. | |
| COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER; DOES 1 to 10, | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |
| Defendants. | |

TO THE CLERK OF THE ABOVE-NAMED FEDERAL DISTRICT COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, defendant Costco Wholesale Corporation, by and through its undersigned counsel, hereby removes Case No. 22CV009653, pending in the Superior Court of California for the County of Alameda, to the United States District Court for the Northern District of California, Oakland Division.

Removal is based on complete diversity of citizenship, because diversity of citizenship exists between the lone plaintiff, Troy Johnston, and the lone named defendant, Costco Wholesale Corporation dba Costco Business Center ("Costco"), and the amount in controversy exceeds the jurisdictional minimum.  *See,* 28 U.S.C. § 1332.

## I. <u>BACKGROUND.</u>

On April 8, 2022, this civil action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled, *Troy Johnston v. Costco Wholesale Corporation dba Costco Business Center and Does Nos. 1 to 10,* Case No. 22CV009653. Plaintiff Troy Johnston asserts causes of action for general negligence and premises liability.  He alleges in his California Judicial Council form Complaint that on April 16, 2020, while at the Costco Business Center located in Hayward, California, "[w]hile removing an item from a pallet offering patrons products, Plaintiff's foot became entrapped in the shrink wrap around the product and in the pallet, causing him to fall backward and onto his lower back and hip, causing serious personal injuries."  He alleges that Costco knew about the dangerous condition but failed to warn of the same.  Mr Johnston's Complaint seeks unspecified damages "according to proof" for hospital and medical expenses, wage loss and lost earning capacity and general damages, all according to proof at trial.

On or about April 18, 2022, Costco was served with the Complaint, through its agent for service of process, CT Corporation.

By letter dated May 11, 2022, sent by email to Deanna Smith of Gallagher Bassett, Costco's insurance claims administrator, Mr. Johnston's counsel served a written demand for settlement with respect to his claims against Costco.  The settlement demand letter outlines Mr. Johnston's claimed damages at pages 5-6, totaling $268,778.29, comprising past medical specials

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT                    Case No.

1  and general damages. The May 11, 2022 settlement demand letter establishes that Mr. Johnston's

2  claimed damages exceed the jurisdictional minimum for diversity of citizenship subject matter

3  jurisdiction in this Court.  *See, Cohn v. Petsmart, Inc.,* 281 F.3d 847, 850 (9th Cir. 2002) (written

4  settlement demand admissible to establish amount in controversy for federal diversity

5  jurisdiction); *see also, e.g., Richmond v. Allstate Ins. Co.,* 897 F. Supp. 447, 449-50 (S.D.Cal.

6  1995) (pain and suffering damages may be included in calculation of amount in controversy for

7  determining diversity jurisdiction).

8  In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders

9  received by Costco, including the Summons and Complaint, are attached hereto and incorporated

10 herein by reference as **Exhibit A**.

11 ## II.  <u>THIS NOTICE OF REMOVAL IS TIMELY FILED.</u>

12 The removal of this civil action to this Court is timely under 28 U.S.C. § 1446(b) because

13 this Notice of Removal is filed within thirty (30) days after May 11, 2022, which is the date

14 defendant Costco first learned, through its insurer, by virtue of receipt of Mr. Johnston's counsel's

15 settlement demand letter sent by email the same date, of facts establishing federal subject matter

16 jurisdiction by virtue of diversity of citizenship of the parties and an amount in controversy

17 exceeding the jurisdictional minimum.  Also, less than one year has elapsed since commencement

18 of the action.  28 U.S.C. § 1446(c)(1).

19 The United States District Court for the Northern District of California, Oakland Division,

20 is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the

21 federal district court that embraces the place where the original state court action was filed and is

22 pending.

23 ## III.  <u>THIS COURT HAS DIVERSITY OF CITIZENSHIP JURISDICTION</u>.

24 Lone plaintiff Troy Johnston and lone named defendant Costco Wholesale Corporation are

25 citizens of different states.  On information and belief, Mr. Johnston is a citizen of California.

26 Costco Wholesale Corporation is a corporation formed under the laws of State of Washington with

27 its principal place of business in Issaquah, Washington.

28 ///

1    On information and belief, Mr. Johnston's claim for damages exceeds the jurisdictional

2    minimum of seventy-five-thousand dollars ($75,000) for diversity jurisdiction in federal court.  As

3    mentioned above, by letter dated May 11, 2022, Ms. Johnston's counsel served on Costco's

4    insurance claims administrator a written demand for settlement which expressly claims damages in

5    excess of $268,000.  Costco first learned, by virtue of its insurer's receipt of the May 11, 2022,

6    2021 settlement demand letter, of facts establishing federal subject matter jurisdiction by virtue of

7    diversity of citizenship of the parties and an amount in controversy exceeding the $75,000

8    jurisdictional minimum.

9    Therefore, federal diversity of citizenship jurisdiction exists over this action pursuant to 28

10   U.S.C. §§ 1332.

11   **IV.  <u>ALL NAMED DEFENDANTS CONSENT TO THE REMOVAL.</u>**

12   This Notice of Removal is filed on behalf of named defendant Costco Wholesale

13   Corporation.  There are no other named defendants, only Doe defendants.  Therefore, by

14   definition, all named defendants have consented to the removal of this action.

15   **V.  <u>NOTICE OF REMOVAL TO PLAINTIFF AND</u>**

16   **<u>THE ALAMEDA COUNTY SUPERIOR COURT</u>.**

17   Concurrently with this Notice of Removal, Costco will file a Notice to Plaintiff of

18   Removal of Action to Federal Court, along with a copy of this Notice of Removal with the

19   Superior Court of the State of California in and for the County of Alameda, and in accordance

20   with 28 U.S.C. §§ 14446(d), Costco will serve a copy thereof upon counsel for plaintiff Troy

21   Johnston.  A copy of the prepared Notice to Plaintiff of Removal of Action to Federal Court is

22   attached hereto and incorporated herein by reference as **Exhibit B**.

23   If any question arises as to the propriety of the removal of this action, counsel for Costco

24   respectfully requests the opportunity to present a brief and oral argument in support of the position

25   that this case is removable.

26   **VI.  <u>CONCLUSION.</u>**

27   For the foregoing reasons, defendant Costco Wholesale Corporation respectfully requests

28   that this civil action be, and is hereby, removed to the United States District Court for the Northern

4

District of California, Oakland Division, that said federal district court assume jurisdiction of this civil action, and that this Court enter such further orders as may be necessary to accomplish the requested removal and to promote the ends of justice.

## VII.  JURY TRIAL DEMAND

Defendant Costco Wholesale Corporation hereby demands a trial by jury.  *Fed.R.Civ.P. 38.*

Dated:  May 18, 2022                         FORD, WALKER, HAGGERTY & BEHAR, LLP

By: _____
        ARTHUR J. CASEY
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION