EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER and DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
TROY JOHNSTON

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
04/08/2022
Chad Finke, Executive Officer / Clerk of the Court
By: C. Clark, Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* SUPERIOR COURT OF CA, COUNTY OF ALAMEDA, 24405 Amador Street, Hayward, CA 94544

CASE NUMBER: *(Número del Caso):*
22CV009653

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Leonard S. Becker - SBN: 113065; Law Offices of Leonard S. Becker, APC, 1728 B Street, Hayward, CA 94541 (510) 886-1996

Chad Finke, Executive Officer / Clerk of the Court

DATE: 04/08/2022          Clerk, by    C. Clark    , Deputy
*(Fecha)*                 *(Secretario)*           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*


[SEAL - Superior Court of California, County of Alameda]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Costco Wholesale corporation dba Costco Business Center
   under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>LEONARD S. BECKER - SBN 113065   Jacquelyn A. Ruiz - SBN 319716<br>LAW OFFICES OF LEONARD S. BECKER, APC<br>1728 B Street<br>Hayward, CA 94541<br>    TELEPHONE NO.: 510-886-1996    FAX NO. *(Optional):* 510-538-8089<br>E-MAIL ADDRESS *(Optional):* lbecker@lsbeckerlaw.com<br>    ATTORNEY FOR *(Name):* Plaintiff, TROY JOHNSTON | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Alameda<br>**04/08/2022 at 04:03:39 PM**<br>By: Cheryl Clark, Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br> STREET ADDRESS: 24405 Amador Street<br> MAILING ADDRESS: 24405 Amador Street<br>CITY AND ZIP CODE: Hayward, CA 94544<br>    BRANCH NAME: Hayward Hall of Justice | |
| PLAINTIFF: TROY JOHNSTON<br>DEFENDANT: COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER<br>[x] DOES 1 TO 10 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE    [x] OTHER *(specify):* Premises Liability; General Negligence<br>   [ ] Property Damage    [ ] Wrongful Death<br>   [x] Personal Injury    [ ] Other Damages *(specify):* | CASE NUMBER:<br><br>22CV009653 |
| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded  [ ] does not exceed $10,000<br>              [ ] exceeds $10,000, but does not exceed $25,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>     [ ] from limited to unlimited<br>     [ ] from unlimited to limited | |

1. Plaintiff *(name or names):* TROY JOHNSTON
   alleges causes of action against defendant *(name or names):*
   COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>*www.courts.ca.gov* |
|---|---|---|

PLD-PI-001

| SHORT TITLE: JOHNSTON vs. COSTCO | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Costco Wholesale Corporation     c. ☐ except defendant (name):
   dba Costco Business Center
      (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
      (2) ☒ a corporation                                      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):               (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                        (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                   (5) ☐ other (specify):


   b. ☐ except defendant (name):                               d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):               (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                        (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                   (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-10 _____ were the agents or employees of other
       named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-10 _____ are persons whose capacities are unknown to
       plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):



9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| JOHNSTON vs. COSTCO | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [ ] Other *(specify)*:

11. Plaintiff has suffered
   a. [X] wage loss
   b. [ ] loss of use of property
   c. [x] hospital and medical expenses
   d. [x] general damage
   e. [ ] property damage
   f. [x] loss of earning capacity
   g. [x] other damage *(specify)*:
       To be proven at trial.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [x] according to proof
      (2) [ ] in the amount of: $

15. [x] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
   All capable of being so alleged

Date: April 1, 2022

Jacquelyn Ruiz
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property Damage, Wrongful Death    Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: JOHNSTON vs. COSTCO | CASE NUMBER: |
|---|---|

_____FIRST_____ **CAUSE OF ACTION—Premises Liability**     Page __4__
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* TROY JOHNSTON
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* APRIL 16, 2020    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff was a patron of Costco Business Center, located in Hayward, CA. While removing an item from a pallet offering patrons products, Plaintiff's foot became entrapped in the shrink wrap around the product and in the pallet, causing him to fall backward and onto his lower back and hip, causing serious personal injuries. Defendants knew or should have known that a dangerous condition existed on its premises, but failed to post warning signs and monitor its business premises, creating a trap for the unwary patron such as Plaintiff shopping in its business. As a direct result of the Defendant's negligence, Mr. Johnston suffered and continues to suffer, damages, including, but not limited to, hospital and medical expenses and general damages.

Prem.L-2.   [X] Count One—Negligence The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER

[X] Does __1__ to __5__

Prem.L-3.   [ ] Count Two—Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____
Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [ ] Count Three—Dangerous Condition of Public Property The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] Allegations about Other Defendants The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
COSTCO WHOLESALE CORPORATION, dba COSTCO BUSINESS CENTER

[X] Does __1__ to __10__

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

CEB
www.ceb.com

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: JOHNSTON vs. COSTCO | CASE NUMBER: |
|---|---|

SECOND **CAUSE OF ACTION—General Negligence** Page 5
(number)

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: TROY JOHNSTON

alleges that defendant *(name)*: COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER

[x] Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: APRIL 16, 2020

at *(place)*: COSTCO BUSINESS CENTER, 22330 Hathaway Avenue, Hayward, CA

*(description of reasons for liability):*

On or about said date, Plaintiff, TROY JOHNSTON, was a patron of Costco Wholesale Corporation dba Costco Business Center in Hayward, CA. While removing an item from a pallet offered by Defendant, Plaintiff's foot became entrapped in the shrink wrap around the pallet and in the pallet, causing him to fall backwards to the ground sustaining injuries to his low back, right hip, and lower extremities.

Defendants, COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER and DOES 1 to 10, and each of them, negligently and carelessly owned, managed, inspected and maintained the premises so as to allow and create the dangerous conditions which necessitated that patrons reach, climb and/or are placed in dangerous positions to obtain products creating a trap for the unwary patron such as Plaintiff. No warning signs were placed warning patrons of a dangerous condition existing on the premises, and as a result, Plaintiff fell when removing the product and sustained injuries and damages as hereinafter set forth.

As a result of the negligence of Defendants, and each of them, Plaintiff was injured in his health, strength and activity, sustaining injuries to his nervous system and person, all of which injuries have causes and will continue to cause Plaintiff great mental, emotional and physical pain and/or suffering. As a result of Plaintiff's injuries, he sustained damages for past, present and future medical treatment, the amount of which will be set forth in a sum according to proof.

As a result of the negligence of Defendants, and each of them, Plaintiff has suffered general damages in a sum to be set forth according to proof.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courts.ca.gov