EXHIBIT B

1  ARTHUR J. CASEY [SBN 123273]
   FORD, WALKER, HAGGERTY & BEHAR, LLP
2  16450 Los Gatos Blvd., Suite 110
   Los Gatos, CA 95032
3  Tel:    (408) 660-3102
   Fax:    (408) 660-3105
4  Email: acasey@fwhb.com

5  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION
6  erroneously sued herein as "Costco Wholesale
   Corporation dba Costco Business Center"
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF ALAMEDA

10

11 | TROY JOHNSTON,                          | Case No. 22CV009653 |
12 |           Plaintiff,                    |                     |
13 |     vs.                                 | **NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT** |
14 | COSTCO WHOLESALE CORPORATION            |                     |
   | dba COSTCO BUSINESS CENTER; DOES 1      |                     |
15 | to 10,                                  |                     |
16 |           Defendants.                   |                     |

---

1 | TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that, on May 18, 2021, a Notice of Removal of this civil action

3 | was filed by defendant Costco Wholesale Corporation, by and through its counsel of record, in the

4 | United States District Court for the Northern District of California, Oakland Division, pursuant to

5 | 28 U.S.C. §§ 1332, 1441 & 1446.  A copy of said Notice of Removal is attached hereto and

6 | incorporated herein by reference.

Dated:  May 18, 2022

FORD, WALKER, HAGGERTY & BEHAR, LLP

By: _____
ARTHUR J. CASEY
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**PROOF OF SERVICE**
*Johnston v. Costco Wholesale Corporation*
Case No.: 22CV009653 – County of Alameda

I, Yolanda Singletary, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed by Ford, Walker, Haggerty & Behar, LLP. I am readily familiar with Ford, Walker, Haggerty & Behar, LLP practice for collection and processing of documents for delivery by way of the service indicated below.

On **MAY 18, 2022**, I served the following document:

**NOTICE TO PLAINTIFF OF REMOVAL TO ACTION TO FEDERAL COURT**

on the interested party(ies) in this action as follows:

| | |
|---|---|
| Leonard S. Becker | Attorney for Plaintiff TROY JOHNSTON |
| Jacquelyn A. Ruiz | |
| Law Offices of Leonard S. Becker, APC | Tel: (510) 886-1996 |
| 1728 B Street | Fax: (510) 538-8089 |
| Hayward, CA 94541 | Email: lbecker@lsbeckerlaw.com |

   **BY ELECTRONIC SERVICE**. I caused the document(s) to be sent from email address ysingletary@fwhb.com to the persons at the electronic notification addresses shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **MAY 18, 2022**, at Los Gatos, California.

*Yolanda Singletary*
Yolanda Singletary