1

2

3                                    UNITED STATES DISTRICT COURT

4                                  NORTHERN DISTRICT OF CALIFORNIA

5

6     TROY JOHNSTON,                                  Case No.  22-cv-02934-DMR

                    Plaintiff,
7

8          v.                                         **ORDER SETTING INITIAL CASE
                                                      MANAGEMENT CONFERENCE
9     COSTCO WHOLESALE CORPORATION,                   AND ADR DEADLINES**

                    Defendant.
10

11

12           IT IS HEREBY ORDERED that this action is assigned to the Honorable Donna M. Ryu.

13    When serving the complaint or notice of removal, the plaintiff or removing defendant must serve

14    on all other parties a copy of this order, the Notice of Assignment of Case to a United States

15    Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Plaintiffs or

16    removing parties must file a consent or declination to proceed before a magistrate judge within 14

17    days of the filing of the complaint or the removal. All other parties must file a consent or

18    declination within 14 days of appearing in the case. All parties who have made an appearance

19    must file a consent or declination within 7 days of the filing of a dispositive motion or the case

20    will be reassigned to a district court judge. Counsel must comply with the case schedule listed

21    below unless the Court otherwise orders.

22           IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

23    Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

24    shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

25    Procedures in the Northern District of California" on the Court's ADR webpage at

26    www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's

27    Office.

28           IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all

United States District Court
Northern District of California

parties the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern

District Of California," available on the Court's website, www.cand.uscourts.gov.

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 5/18/2022 | Notice of Removal Filed | |
| 7/27/2022 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R. Civ. P 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 8/10/2022 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at www.cand.uscourts.gov) | F.R. Civ. P. 26(a) (1) Civil  L.R . 16-9 |
| 8/17/2022 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Courtroom 4, 3rd Floor<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

United States District Court
Northern District of California