ARTHUR J. CASEY [State Bar No. 123273]
acasey@caseylawsj.com
DONALD P. GAGLIARDI [State Bar No. 138979]
dgagliardi@caseylawsj.com
CASEY LAW GROUP
16450 Los Gatos Boulevard, Suite 110
Los Gatos, California 95032
Telephone: (408) 660-3102
Facsimile: (408) 660-3105

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION
erroneously sued herein as "Costco Wholesale
Corporation dba Costco Business Center"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TROY JOHNSTON,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO BUSINESS CENTER; DOES 1 to 10,<br><br>Defendants. | Case No. 4:22-cv-02934 DMR<br><br>**AMENDED CERTIFICATE OF SERVICE** |

I, Yolanda Singletary, declare:

I am over the age of eighteen (18) years and not a party to the within entitled action.  I am employed by FORD, WALKER, HAGGERTY & BEHAR, LLP.  My business address is 16450 Los Gatos Blvd., Suite 110, Los Gatos, California 95032.  I am readily familiar with Casey Law Group's practice for collection and processing of documents for delivery by way of the service indicated below.

On MAY 24,2022, I served the following document(s):

**COSTCO'S ANSWER TO COMPLAINT**

1

on the interested party(ies) in this action as follows:

☒ **BY E-MAIL:** I caused the document(s) to be sent from email address ysingletary@fwhb.com to the persons at the electronic notification addresses shown below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL:** By placing said document in an envelope or package for collection and mailing, addressed to the person at the address listed below, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of mail.  Under that practice, on the same day that mail is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

☒ **BY EFILING WITH THE U.S. DISTRICT COURT (CM/ECF).** By submitting these documents for electronic filing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following(s):

| | |
|---|---|
| Leonard S. Becker | Attorney for Plaintiff TROY JOHNSTON |
| Jacquelyn A. Ruiz | |
| Law Offices of Leonard S. Becker, APC | Tel: (510) 886-1996 |
| 1728 B Street | Fax: (510) 538-8089 |
| Hayward, CA 94541 | Email:  lbecker@lsbeckerlaw.com |

Executed on **MAY 24, 2022**, at Los Gatos, California.

*Yolanda Singletary*
Yolanda Singletary